UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANCY . GUERRERO, O/B/O O.G.S., MINOR,<br><br>                Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>                Defendant. | No.  CV-13-00284-JTR<br><br>JUDGMENT IN A CIVIL CASE |

### DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. 405(g).  Defendant's Motion for Summary Judgment is **DENIED**. Judgment is entered for Plaintiff.

   DATED:  August 26, 2014

                              SEAN F. McAVOY
                              Clerk of Court

                              By: *s/Melissa Orosco*
                                   Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**